AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Fayetteville Division

FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Feb 18, 2021
OFFICE OF THE CLERK

| | |
|---|---|
| In the Matter of the Search of ) | |
| ) | |
| Information associated with Snapchat ) | Case No. 5:21-cm-12 |
| Account username "bartstockland" ) | |
| Located at the Fayetteville HSI location ) | |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe property to be searched and give its location)*: **See Attachment A. This court has authority to issue this warrant under 18 U.S.C. §§ 2703(c)(1)(A) and 2711(3)(A) and Federal Rule of Criminal Procedure 41.**

located in the Western District of Arkansas, there is now concealed *(identify the person or describe the property to be seized)*: **See Attachment B.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

■ evidence of a crime;

■ contraband, fruits of crime, or other items illegally possessed;

■ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Online Enticement of a Minor |

The application is based on these facts: See Affidavit of HSI Special Agent Gerald Faulkner

√ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*
Gerald Faulkner, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/18/2021 at 11:00 a.m.

*Judge's signature*

City and state: Fayetteville, Arkansas

Erin L. Wiedemann, Chief United States Magistrate Judge
*Printed name and title*

## Affidavit in Support of Application for Search Warrant

I, Gerald F. Faulkner, being duly sworn, depose and state as follows:

1. I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations ("HSI"), currently assigned to the Assistant Special Agent in Charge Office in Fayetteville, Arkansas. I have been so employed with HSI since April, 2009. As part of my daily duties as an HSI agent, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, online enticement, transportation, receipt and possession of child pornography, in violation of Title 18, United States Code, Sections 2251, 2251A, 2422(b), 2252(a) and 2252A. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in Title 18 United States Code, Section 2256) in all forms of media including computer media. I have also participated in the execution of numerous search warrants and arrest warrants, a number of which involved child exploitation and/or child pornography offenses. This Affidavit is being submitted based on information from my own investigative efforts as well as information obtained from others who have investigated this matter and/or have personal knowledge of the facts herein.

2. This Affidavit is being submitted in support of an application for a search warrant authorizing the search of the basic subscriber information (sometimes referred to as Neoselect); the expanded subscriber content (sometimes referred to as Neoprint); User Photos (sometimes referred to as Photoprint); Group Information; Private Messages and Internet Protocol Logs maintained by Snapchat, Inc. (Snap, Inc.) with a Security/Legal Compliance Department headquartered at 2772 Donald Douglas Loop North in Santa Monica, California 90405, specifically the accounts identified with the Snapchat, Inc. (Snap, Inc) account:

**Display Name: Bart Stockland**

**Username: bartstockland**

  3. I make this Affidavit in support of an application for a search warrant to review, search, and, seize certain information from Snapchat user account: "bartstockland" Display Name: Bart Stockland that was obtained from Snapchat Inc. (Snap,Inc.), an Internet application headquartered at 2772 Donald Douglas Loop North in Santa Monica, California 90405 pursuant to a previously obtained warrant. On November 19, 2020, Chief Federal Magistrate Erin L. Wiedemann approved a search warrant (5:20-CM-75) for the information outlined in this search warrant application. Snapchat provided the information on February 12, 2021, which is past the fourteen-day deadline listed in the original search warrant. Pursuant to the language set forth in *United States v. Nyah*, 928 F.3d 694 (8th Cir. 2019), your Affiant requests that the Court issue this proposed search warrant allowing HSI to search the information identified herein, namely the production from Snapchat records pertaining to Snapchat user account: "bartstockland." Said information is in the custody of HSI in Fayetteville, Arkansas. The probable cause supporting the search of the material produced by Snapchat, remains the same as when the warrant was issued to Snapchat. The information to be searched is described in the below paragraphs and in Attachment A. This Affidavit is made in support of an application for a search warrant under Title 18, United States Code, Sections 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Snapchat, Inc. (Snap, Inc.) to disclose to the Government the requested records and other information in its possession. As such, your Affiant is requesting authority to search the social media account where the items specified in Attachment A may be found, and to seize all items listed in Attachment B as instrumentalities, fruits, and evidence of crime.

## Statutory Authority

4. This investigation concerns alleged violations of Title 18, United States Code, Section 2422(b) relating to material involving the sexual exploitation of minors, which has been defined in Title 18, United State Code, Section 2256 as an individual under 18 years of age.

   a. Under Title 18, United States Code, Section 2422(b), it is a federal crime for any person to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so. Further, under Title 18, United States Code, Section 2253(a)(3), a person who is convicted of an offense under Title 18, United States Code, Section 2422(b), shall forfeit to the United States such person's interest in any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

   b. Under Title 18, United States Code, Section 2427, "sexual activity for which any person can be charged with a criminal offense" includes the production of child pornography as defined in Title 18, United States Code, Section 2256(8).

   c. "Child Pornography" is defined in Title 18, United States Code, Section 2256(8) as any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct.

   d. Title 18, United States Code, Section 2256(2)(A) defines "sexually explicit conduct" to mean actual or simulated (i) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same sex or opposite sex; (ii) bestiality;

(iii) masturbation; (iv) sadistic or masochistic abuse; or (v) lascivious exhibition of the genitals or pubic area of any person. In considering whether a visual depiction of the genitals or pubic area constitutes the lascivious exhibition the fact finder can consider any of the following: 1) whether the focal point of the visual depiction is on the child's genitalia or pubic area; 2) whether the setting of the depiction is sexually suggestive, that is, in a place or pose associated with sexual activity; 3) whether the child is depicted in an unnatural pose or in inappropriate attire, considering the age of the child; 4) whether the child is fully or partially nude; 5) whether the visual depiction suggests sexual coyness or a willingness to engage in sexual activity; or 6) whether the depiction is designed to elicit a sexual response in the viewer. No one factor is determinative and the ultimate determination of whether a depiction is "lascivious" must be based on the overall content of the visual depiction. The Eighth Circuit has stated that lasciviousness "may be found when an image of a nude or partially clothed child focuses on the child's genitals or pubic area and is intended to elicit a sexual response in the viewer." *United States v. Kemmerling*, 285 F.3d 644, 646 (8th Cir. 2002).

e. Title 18, United States Code, Section 2256(5) defines "visual depiction" to include undeveloped film and videotape, data stored on a computer disk or by electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

### Background Regarding Computers and the Internet

5. Your Affiant has become familiar with the Internet, which is a global network of computers and other electronic devices that communicate with each other using various means, including standard telephone lines, high-speed telecommunications links (e.g., copper and fiber optic cable), and wireless transmissions including satellite. Due to the structure of the Internet,

connections between computers on the Internet routinely cross state and international borders, even when the computers communicating with each other are in the same state.

6. Individuals and entities use the Internet to gain access to a wide variety of information; to send information to, and receive information from, other individuals; to conduct commercial transactions; and to communicate via electronic mail ("e-mail") or Instant Messaging services (IM). An individual who wants to use the Internet must first obtain an account with a computer or cellular telephone that is linked to the Internet – for example, through a commercial service – which is called an "Internet Service Provider" or "ISP". Once the individual has accessed the Internet, whether from a residence, a university, a place of business or via their cellular service provider, that individual can use Internet services, including sending and receiving e-mail and IM.

7. The Internet is a worldwide computer network that connects computers and facilitates the communication and the transfer of data and information across state and international boundaries. A user accesses the Internet from a computer network or Internet Service Provider ("ISP") that connects to the Internet. The ISP assigns each user an Internet Protocol ("IP") Address. Each IP address is unique. Every computer or device on the Internet is referenced by a unique IP address the same way every telephone has a unique telephone number. An IP address is a series of four numbers separated by a period, and each number is a whole number between 0 and 255. An example of an IP address is 12.345.678.901. Each time an individual accesses the Internet, the computer from which that individual initiates access is assigned an IP address. The ISP logs the date, time and duration of the Internet session for each IP address and can identify the user of that IP address for such a session from these records, depending on the ISP's record retention policies.

8.      The use of the Internet and more specifically electronic communications via the Internet provides individuals the ability to mask their true identities as well as their physical locations.  Additionally, the use of the Internet provides individuals and their associates the ability to access social networking sites free of charge to further their criminal activity

### Background Regarding Snapchat, Inc. (Snap, Inc.) Accounts

9.      Snapchat is a multimedia messaging application developed by Snapchat, Inc. which principle features are that pictures and messages are usually only available for a short time before inaccessible to their recipients.

a.  Snapchat is primarily used for creating multimedia messages referred to as "snaps". "Snaps" can consist of a photo or a short video, and can be edited to include filters and effects, text captions, and drawings.  "Snaps" can be directed privately to selected contacts, or to a semi-public "Story" or a public "Story" called "Our Story".

b.  Private message photo "snaps" can be viewed for a user-specific length of time (1 to 10 seconds as determined by the sender) before they become inaccessible.

c.  In May 2014, Snapchat added the ability to communicate via video chat with other users as well as including a Direct Messaging feature to send text messages to other profiles.

d.  The Snapchat application was evolved from originally focusing on person-to-person photo sharing to presently featuring users' "Stories" of 24 hours of chronological content, along with "Discover", letting brands show ad-supported short-form content.

e.  Snapchat users can find or access friends via usernames and phone contacts, using customizable "Snapcodes", or through the "Add Nearby" function, which scans for users near their location who are also in the "Add Nearby" menu.

f. Snapchat has become notoriously known to be popular among the younger generations, particularly those below the age of 16, leading to many privacy concerns for parents.

g.  As of March 2020, Snapchat had approximately 229 million daily active users. On average, more than 4 billion "Snaps" are sent each day.

## Summary of the Investigation to Date

10. On or about October 21, 2020, your Affiant received a request for assistance from the Fayetteville, Arkansas Police Department in reference to lead information forwarded by the Abilene, Texas Police Department. A review of the file showed that in July 2020, the parent of an identified fifteen (15) year old female reported that his daughter had been in contact with and messaging a believed adult male via the Snapchat, Inc. social media application. The reporting parent examined a chat conversation between his minor daughter and a Snapchat, Inc. user profile of "Bart Stockland" where the believed adult male had requested naked images and videos of the minor female in exchange for monetary compensation through Apple Pay[1]. According to the reporting parent, the minor daughter agreed to send naked images and videos of herself to "Bart Stockland" for approximately $7 per picture and approximately $20 per video. The reporting parent located numerous naked images and videos of his minor daughter that were believed to have been sent to the "Bart Stockland" user account. There was also approximately $54 found in the minor female's Apple Pay account sent by the "Bart Stockland" profile through a recorded telephone number of 479-530-XXXX. The police report further described the "Bart Stockland" Snapchat, Inc. profile as having a Bitmoji (personal cartoon avatar) of a white male with red hair and wearing a Cincinnati Reds baseball hat.

11. Accompanied with the Abilene, Texas Police Report was a Victim/Witness Affidavit Form taken from the minor female. Your Affiant reviewed the statement which showed

---

[1] Apple Pay is a mobile payment and digital wallet service by Apple, Inc. that allows users to make payments through an online application.

the minor female, who was born in 2004, had her Snapchat, Inc. profile referred to "Bart Stockland" by a minor friend, who had been conversing with "Bart Stockland" online. The minor female stated after "Bart Stockland" initially made contact with her on Snapchat and they spoke for a while on the social media application and then he said he would pay her money for taking and sending naked pictures of herself. The minor female admitted to sending several nude and semi-nude images and a video where she was touching her vagina to the "Bart Stockland" Snapchat, Inc. profile account. In return, the minor female was paid approximately $54 by "Bart Stockland" to her Apple account.

12. On or about October 30, 2020, your Affiant received an electronic storage device from the Abilene, Texas Police Department containing a screen recording of a conversation between the minor female and the "Bark Stockland" user account via the Snapchat, Inc. online application. Your Affiant reviewed the chat in its entirety and following excerpts were deemed pertinent to the ongoing investigation:

**June 26, 2020**

**STOCKLAND =**     hey you're friend referred me to you
    Your*
    Her insta name is [*REDACTED*]

**MINOR =**     oh yeah
    that's her real name lmao

**STOCKLAND =**     Oh haha
    Are you interested in sending nudes for money?

**MINOR =**     uhh yeah if it doesn't ruin my life in some way

**STOCKLAND =**     No one will see the photos but me
    I promise

**MINOR =**     mkay…

|              |                                                                                                   |
|--------------|---------------------------------------------------------------------------------------------------|
|              | how would the money get transferred                                                                |
| **STOCKLAND** = | You do have cashapp or Venmo?                                                                  |
| **MINOR** =     | no…doesn't those apps need a bank account to connect to as well?<br>or a card<br>the only money transfer app i have is apple pay |
| **STOCKLAND** = | I can use Apple Pay                                                                            |
| **MINOR** =     | oh okay. my last concern is that i'm pretty sure my dad can see when i use it and i don't want to risk him seeing a suspicious amount of money going into my account lmao<br>but honestly i'm down |
| **STOCKLAND** = | What do you think would be suspicious? Like what's the amount we're talking over what amount of time? |
| **MINOR** =     | well what i'm saying is he would ask abt the random money going into my card<br>but um i have a lot of pictures<br>a few vids |

*BREAK*

## June 26, 2020

| **STOCKLAND** = | Ok cool.  I pay $1 per pic and $10 per minute of video<br>Sound good? |
| **MINOR** =     | sure<br>uhhh<br>here's my #<br>[*REDACTED*] |
| **STOCKLAND** = | How much do you wanna start with?<br>I'll send the $$ first |
| **MINOR** =     | uhhh i'm not sure (laughing/smiling emoji) |

| | |
|---|---|
| **STOCKLAND** = | Ok haha. I normally do $20 and then we can go from there after you send nudes for the $20 |
| **MINOR** = | uhh okay i'm just gonna send a couple |

**INVESTIGATORS NOTE**: Your Affiant reviewed four images and one video sent from the minor female victim to the Bart Stockland Snapchat, Inc. user account and described the following, agent self-named file, recordings as follows:

> **Image File 2** = Picture depicts the believed minor female victim holding her naked breast.
>
> **Video File 1** = Video depicts the naked buttocks of the believed minor female victim.
>
> **Image File 4** = Picture depicts the believed minor female victim holding her naked breasts with her arm covering both nipples.

| | |
|---|---|
| **STOCKLAND** = | Sent you $20 |
| **MINOR** = | oh wow (surprised emoji) |

*BREAK*

### June 26, 2020

| | |
|---|---|
| **MINOR** = | bet<br>hey do you know that i'm underage…(shocked emoji)<br>i don't wanna get into trouble with the law<br>yanno |
| **STOCKLAND** = | I didn't, but that's cool with me if you're cool<br>How old are you? |
| **MINOR** = | i'm 15 |
| **STOCKLAND** = | You have a beautiful body |
| **MINOR** = | thank you (pleased emoji) |

*BREAK*

### June 26, 2020

| | |
|---|---|
| **STOCKLAND** = | I do want to see you naked (winking emoji) |

| | |
|---|---|
| **MINOR** = | well i was masturbating (kissing emoji) <br> but i can send a few pics too <br> or whatever you want |
| **STOCKLAND** = | I definitely want to see you masturbating too |
| **MINOR** = | okay <br> i'll throw in some pictures too |
| **STOCKLAND** = | I'll send you more $$ if you go over $20 |
| **MINOR** = | mkay |

**INVESTIGATORS NOTE**: Your Affiant reviewed two images and two videos[2] sent from the minor female victim to the Bart Stockland Snapchat, Inc. user account and described the following, agent self-named files, recordings as follows:

**Video File 2** = Video depicts the believed minor female victim self-masturbating with a close-up of her vagina exposed to the camera.

**Video File 3** = Video depicts the believed minor female victim self-masturbating with a close-up of her vagina exposed to the camera.

| | |
|---|---|
| **STOCKLAND** = | You are absolutely stunning <br> Gimme a few minutes to check how long everything is and I'll make sure you're taken care of |
| **MINOR** = | thank you haha (winking emoji) <br> thank you very much (pleased emoji) |
| **STOCKLAND** = | You earned it beautiful <br> Anytime you need some $$ I can take care of you |
| **MINOR** = | okay (pleased emoji) <br> what's the most you've paid someone? |
| **STOCKLAND** = | Idk honestly <br> I was doing this with one girl for a couple |

---

[2] Your affiant is aware through his training and experience that these two videos constitute child pornography under Title 18, United States Code, Section 2256(8) as the conduct involves the sexually explicit conduct of masturbation as defined in Title 18, United States Code, Section 2256(2)(A).

|  |  |
|---|---|
| | Years so it was a lot<br>It's just over the course of time ya know? |
| **MINOR** = | ohhh makes sense |
| **STOCKLAND** = | I like to get to know girls and do it for a long time. It makes it better for me<br>Or I guess I should say I enjoy it more |

*BREAK*

## June 27, 2020

|  |  |
|---|---|
| **STOCKLAND** = | Thanks for sharing your gorgeous body with<br>Me |
| **MINOR** = | you're welcome :) |
| **STOCKLAND** = | You should tell me about yourself (kissing emoji) |
| **MINOR** = | um i'm [REDACTED], i'm 15, i'm 5'1, i have 6 siblings, im passionate about music and my instruments, i love clothes and shoes<br>i love animals |

*BREAK*

## June 28, 2020

|  |  |
|---|---|
| **STOCKLAND** = | When do I get to see your gorgeous body again? (winking emoji) |
| **MINOR** = | mmm well i just woke up<br>so maybe later today?<br>i mean i think i have a few more in my eyes only |
| **STOCKLAND** = | It's up to you beautiful |
| **MINOR** = | well i'm not sure if you do wanna see them i did take some a while back<br>i think they'll be better if i just take them later tho lol |
| **STOCKLAND** = | It's up to you. I can't imagine naked pics of you looking bad |

| | |
|---|---|
| **MINOR** = | well let's just say i know how to take them better now |
| **STOCKLAND** = | Haha I understand |
| **MINOR** = | i'll send in a few minutes<br>and my a few minutes i mean 15 lmao |
| **STOCKLAND** = | lol sounds good |
| **MINOR** = | hey i took a few pictures :) |
| **STOCKLAND** = | Lemme see (devil emoji)<br>Dang I forgot to save them<br>(laughing emoji) (laughing emoji)<br>You're so stunning |

**INVESTIGATORS NOTE**: Your Affiant reviewed seven images sent from the minor female victim to the Bart Stockland Snapchat, Inc. user account and described the following, agent self-named files, recordings as follows:

> **Image File 9** = Picture depicts the believed minor female victim wearing only panties holding her exposed breasts.
>
> **Image File 10** = Picture depicts the believed minor female victim wearing only panties with her breasts exposed.
>
> **Image File 11** = Picture depicts the believed minor female victim wearing only panties holding her exposed breasts.
>
> **Image File 13** = Picture depicts the believed minor female victim topless with her breast exposed to the camera.

| | |
|---|---|
| **MINOR** = | and thank you :) |
| **STOCKLAND** = | You're welcome gorgeous girl |

*BREAK*

### June 30, 2020

| | |
|---|---|
| **STOCKLAND** = | I'll send you $20<br>Oh hey did you talk to [*REDACTED*] about doing this? |

**INVESTIGATORS NOTE**: [*REDACTED*] has been identified by the Abilene, Texas Police Department as a minor female

**MINOR** = well i'm with her right now i can ask

**STOCKLAND** = That would be cool

**MINOR** = okay (okay emoji)

**STOCKLAND** = I'd love to see y'all take pics together (smirking emoji) (winking emoji)

**MINOR** = i'll tell her
(pleased emoji)

**STOCKLAND** = Alright sending $20 (kissing emoji)

**MINOR** = thank youuu

**STOCKLAND** = You're welcome (kissing emoji)
I'm happy to take care of you anytime
babygirl

**MINOR** = thank you so much (pleased emoji)

**STOCKLAND** = Of course
I'll take extra good care of you and [REDACTED] if
y'all take pics together (tongue out emoji)

**MINOR** = i'll keep that in mind (heart emoji)

**STOCKLAND** = No pressure. Just know that I'm interested in
Both of you. Separate or together. I do love
what we have going on though

    13.    Upon receipt and review of the above referenced reports and chat conversation, your Affiant conducted Department of Homeland Security (DHS) and open source database queries on "Bart Stockland" and the cellular telephone number associated to his Apple Pay account. Bart Thomas STOCKLAND is believed to have a date of birth in 1989 and issued the Social Security Administration number ending in the last four numbers 7621. STOCKLAND has an Arkansas Driver's License bearing the last four digits 6777 which was issued in 2019 and

expires in 2027. The address associated to the Arkansas Driver's license is listed as being XXXX North Hay Meadows Avenue in Fayetteville, Arkansas. STOCKLAND's Arkansas Driver's License picture depicts a white male with a red beard as described by the minor victim's father of the "Bart Stockland" Snapchat, Inc. "Bitmoji" user profile image. Database checks also revealed STOCKLAND is linked to the residential address XXXX East Bois De Arc Lane in Fayetteville, Arkansas.

### Execution of the Search Warrant

14. Because the Snapchat, Inc. (Snap, Inc.) servers containing the information and evidence are located outside of the Western District of Arkansas, your Affiant will not physically execute this search warrant at Snapchat, Inc. (Snap, Inc.) in Santa Monica, California. Instead, a copy of the search warrant will be uploaded to the Snapchat, Inc. (Snap, Inc.) Security/Legal Compliance Department located in Santa Monica, California via the Snapchat, Inc. (Snap, Inc.) law enforcement portal.

15. Upon receiving the copy of the search warrant the Snapchat, Inc. (Snap, Inc.) Security/Legal Compliance Department will ensure that the requested records are recovered from their servers in a manner consistent with the preservation and handling of evidentiary material. The execution of the search warrant in this manner will ensure that Snapchat, Inc. (Snap, Inc.) business operation is uninterrupted by the otherwise physical execution of a search warrant by law enforcement and provides the least intrusion manner for all parties involved.

### Conclusion

16. Based on the foregoing information, probable cause exists to believe there is located in the information provided Snapchat, Inc. (Snap, Inc.) on February 12, 2021, evidence of violations of Title 18, United States Code, Section 2422(b). Your Affiant prays upon his honorable

court to issue a search warrant to Snapchat, Inc. (Snap, Inc.) for the items set forth in attachment "B" (which is attached hereto and incorporated herein by reference), that constitute evidence, fruits, and instrumentalities of violation of Title 18, United States Code, Section 2422(b).

Gerald Faulkner, Special Agent
Homeland Security Investigations

Affidavit subscribed and sworn to before me this 18th day of February, 2021.

Honorable Erin L. Wiedemann
Chief United States Magistrate Judge

# ATTACHMENT A

## Property To Be Searched

This warrant applies to information associated with the Snapchat user account with Display Name: **Bart Stockland** and Username: **bartstockland**; from between January 1, 2020 until the present that was provided by Snapchat, Inc. (Snap, Inc.) on February 12, 2021 pursuant to search warrant 5:20CM75, that is currently being stored at Homeland Security Investigations office in Fayetteville, Arkansas.

# ATTACHMENT B

## Particular Things to be Seized

**I. Information to be disclosed by Snapchat, Inc. (Snap, Inc.)**

To the extent that the information described in Attachment A is within the possession, custody, or control of Snapchat, Inc. ("Snapchat"), including any messages, records, files, logs, or information that have been deleted but are still available to Snapchat. Snapchat is required to disclose the following information to the government for each user ID listed in Attachment A:

(a) All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, Snapchat passwords, Snapchat security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b) All activity logs for the account and all other documents showing the user's posts and other activities;

(c) All photos and videos uploaded, distributed, received, or saved by that user ID;

(d) All profile information, status updates, and contact lists associated with the accounts;

(e) All other records of communications and messages made or received by the user;

(f) All "check ins" and other location information;

(g) All IP logs, including all records of the IP addresses that logged into the account;

(h) All past and present lists of friends or contacts created by the account;

(i) Any and All information deleted from the accounts but still recoverable by Snapchat;

(j) The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(k) All privacy settings and other account settings, including privacy settings;

II.  **Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 18, United States Code, Section 2422(b) involving the **SUBJECT ACCOUNT** outlined herein since **January 1, 2020 until the present**, including, for the information identified on Attachment A, information pertaining to the following matters:

(a) Included, but not limited to, any and all sexually explicit images of minors;

(b) Evidence indicating how and when the Snapchat account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Snapchat account owner;

(c) Evidence indicating the Snapchat account owner's state of mind as it relates to the crime under investigation;

(d) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

(e) The identity of the person(s) who communicated with the user ID about matters relating to the sexual exploitation of children or involving nude images of children being sent and received via the Internet or other means.

(f) Any and all conversations, contacts, messages, emails, posts and/or chats involving the solicitation or enticement of minors to engage in sexually explicit conduct and/or encouraging minors to produce images or videos of themselves nude or engaging in sexually explicit conduct. Any and all conversations with others, adult or minors, concerning the sexual exploitation of children or the sending and receiving of images of minors, nude, clothed or otherwise.